UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON PATRICK MARTIN, | ) | 1:08-CV-00949 SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION TO EXPEDITE |
| | ) | [Doc. #3] |
| v. | ) | |
| | ) | ORDER DENYING MOTION FOR |
| | ) | EVIDENTIARY HEARING |
| SUSAN L. HUBBARD, Warden, | ) | [Doc. #4] |
| | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On July 7, 2008, Petitioner filed a motion to expedite proceedings in the pending petition for writ of habeas corpus. Petitioner is advised that the Court does not have an expedited calendar. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware of Petitioner's pending petition and his circumstances. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

    On July 7, 2008, Petitioner filed a motion for an evidentiary hearing. Rule 8(a) of the Rules Governing Section 2254 Cases provides that where a petition is not dismissed at a previous stage in

the proceeding, the judge, after the answer and transcripts and record of the state court proceedings are filed, shall, *upon review* of those proceedings, determine whether an evidentiary hearing is required. (Emphasis added.) The Court has not yet conducted a review of the petition. Therefore, Petitioner's request is premature. Following a thorough review of the petition's merits, the Court will *sua sponte* issue an order for an evidentiary hearing should it find one necessary.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion to expedite proceedings is DENIED; and

2) Petitioner's motion for an evidentiary hearing is DENIED.

IT IS SO ORDERED.

**Dated:    July 21, 2008**                         /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE