UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON PATRICK MARTIN, | ) | 1:08-CV-00949 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER SETTING BRIEFING SCHEDULE |
| | ) | |
| | ) | ORDER DIRECTING RESPONDENT TO |
| v. | ) | SUBMIT NOTICE OF APPEARANCE AND |
| | ) | CONSENT/DECLINE FORM |
| | ) | |
| SUSAN L. HUBBARD, Warden, | ) | ORDER DIRECTING CLERK OF COURT TO |
| | ) | SERVE DOCUMENTS ON ATTORNEY |
| Respondent. | ) | GENERAL |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

The Court has conducted a preliminary review of the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases. It appears the petition may violate the one-year statute of limitations set forth in 28 U.S.C. § 2244(d)(1). Accordingly, the Court HEREBY ORDERS:

1. Respondent IS DIRECTED to brief the issue of the statute of limitations within **SIXTY (60)** days of the date of service of this Order.

2. Petitioner MAY FILE a responsive brief within **THIRTY (30)** days from the date

Respondent's Brief is filed with the Court.

3. Respondent SHALL SUBMIT a Notice of Appearance as attorney of record with his Brief for purposes of service of court orders. See Local Rule 83-182(a), 5-135(c).

4. Respondent SHALL COMPLETE and RETURN to the Court along with the Brief a Consent form indicating whether Respondent consents or declines to the jurisdiction of a the United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(c)(1).

The Clerk of the Court IS DIRECTED to SERVE a copy of this Order and the Petition on the Attorney General or his representative.[1]

All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court. Local Rule 78-230(h). All provisions of Local Rule 11-110 are applicable to this order.

IT IS SO ORDERED.

**Dated:   August 4, 2008**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] If, however, the Petition was filed on January 3, 2005, or thereafter, the Clerk of the Court need not serve a copy of the Petition on the Attorney General or his representative. A scanned copy of the Petition is available in the Court's electronic case filing system ("CM/ECF").