IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON PATRICK MARTIN,**<br><br>Petitioner,<br><br>v.<br><br>**SUSAN L. HUBBARD, Warden,**<br><br>Respondent. | 1:08-CV-00949 OWW SMS HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY<br><br>[Doc. 22] |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss filed November 10, 2008. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including December 20, 2008, in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:   November 26, 2008**              /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE