IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON P. MARTIN, | 1:08-cv-00949-OWW-SMS (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS |
|     vs. | |
| SUSAN L. HUBBARD, | |
|     Respondent. | (DOCUMENT #32) |
| _____/ | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 5, 2009, petitioner filed a motion to extend time to file objections to Magistrate Judges's findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to Magistrate Judges's findings and recommendations.

IT IS SO ORDERED.

**Dated:   February 13, 2009**           /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE